UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MCQUEEN
          Plaintiff,

v.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY,
INC.
          Defendants.

2:24-cv-00862-WJM-CLW

ORDER OF DISMISSAL

WITH PREJUDICE

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

IT IS on this 30th day of May, 2025

ORDERED that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

_____
WILLIAM J. MARTINI, U.S.D.J.